IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GEORGIA D. ALLEN,                          )
                                           )
          Plaintiff,                       )
                                           )
v.                                         )          CIVIL ACTION NO. 12-00088-CB-N
                                           )
VICTORIA'S SECRET STORES, LLC,             )
                                           )
          Defendant.                       )

ORDER

After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and there having been no objections filed, the Report and

Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and

dated January 8, 2013, is **ADOPTED** as the opinion of this Court and it is **ORDERED**

that defendant's motion for sanctions (doc. 34, as supplemented by doc. 48) be and is

hereby **DENIED.**

     **DONE** this _13th_ day of  February, 2013.


                         /s/ Charles R. Butler, Jr.
                         **CHARLES R. BUTLER, JR.**
                         **SENIOR UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GEORGIA D. ALLEN,                      )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )          CIVIL ACTION NO. 12-00088-CB-N
                                       )
VICTORIA'S SECRET STORES, LLC,         )
                                       )
          Defendant.                   )

ORDER

After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and a *de novo* determination of those portions of the recommendation to

which objection is made, the Report and Recommendation of the Magistrate Judge made

under 28 U.S.C. § 636(b)(1)(B) and dated January 8, 2013, is **ADOPTED** as the opinion

of this Court and it is **ORDERED** that defendant's motion for sanctions (doc. 34, as

supplemented by doc. 48) be and is hereby **DENIED.**

          **DONE** this ___ day of _____, 2013.

                                   /s/ Charles R. Butler, Jr.
                                   **CHARLES R. BUTLER, JR.**
                                   **SENIOR UNITED STATES DISTRICT JUDGE**